EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2026 TSPR 51 |
| Junta de Personal de la Rama Judicial | 218 DPR ___ |

Número del Caso:  EN-2026-0002

Fecha:  13 de mayo de 2026

Materia: Designación de miembro de la Junta de Personal de la Rama Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Junta de Personal de la Rama Judicial | EN-2026-02 | Designación de miembro de la Junta de Personal de la Rama Judicial |

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de mayo de 2026.

En virtud del Art. 4 de la Ley Núm. 64 de 31 de mayo de 1973, mejor conocida como la *Ley de Personal de la Rama Judicial*, 4 LPRA sec. 524, y el Art. 3 del *Reglamento de la Junta de Personal de la Rama Judicial*, 4 LPRA Ap. XIV, sec. III, se extiende el nombramiento del Lcdo. Luis R. Pérez Giusti, miembro de la Junta de Personal de la Rama Judicial, y quien ejercerá el cargo por un nuevo término de tres (3) años.

De conformidad con la *Ley de Personal para la Rama Judicial*, este ejercerá su cargo hasta que la persona que le sucederá sea nombrada y tome posesión.

Publíquese.

Notifíquese al licenciado Pérez Giusti, a la Secretaria de la Junta de Personal de la Rama Judicial, al presidente y demás miembros de la Junta de Personal, así como al Director Administrativo de los Tribunales y a la Oficina de Asuntos Legales.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco y la Jueza Asociada Rivera Pérez no intervinieron.

Javier Sepúlveda Rodríguez
Secretario del Tribunal Supremo